# JONES DAY

555 CALIFORNIA STREET • 26TH FLOOR • SAN FRANCISCO, CALIFORNIA 94104-1500
TELEPHONE: 415-626-3939 • FACSIMILE: 415-875-5700

Direct Number:  (415) 875-5823
coconnor@jonesday.com

March 18, 2008

VIA E-FILE

Magistrate Judge Joseph C. Spero
U.S. District Court
Northern District of California
450 Golden Gate Ave.
San Francisco, CA  94102

> Re:     Case No. CR08-0083 PJH, *U.S. v. Zaragoza et al,*
>           Paul Anthony Kozina Bond Posting

Magistrate Judge Spero:

This letter is to memorialize that Paul Kozina will not post bond on Wednesday, March 19, as Mr. Kozina'a family needs additional time to gather and prepare the necessary documents. At this time, we anticipate that Mr. Kozina will post bond on Thursday, March 20, without the need for a hearing.  We will notify the Court on Wednesday if this plan proves unworkable, and in that case, Mr. Kozina will request that the Court reset the hearing date.

Very truly yours,

/S/ Christy O'Connor
Christy O'Connor

SFI-580308v1

ATLANTA • BEIJING • BRUSSELS • CHICAGO • CLEVELAND • COLUMBUS • DALLAS • FRANKFURT • HONG KONG • HOUSTON
IRVINE • LONDON • LOS ANGELES • MADRID • MENLO PARK • MILAN • MOSCOW • MUNICH • NEW DELHI • NEW YORK • PARIS
PITTSBURGH • SAN DIEGO • SAN FRANCISCO • SHANGHAI • SINGAPORE • SYDNEY • TAIPEI • TOKYO • WASHINGTON