~~PROPOSED~~ ORDER/COVER SHEET

FILED
2008 JUL 16 AM 11:43
RICHARD W. WIEKING
CLERK
U.S. DISTRICT COURT
NO. DIST OF CA

| | | | |
|---|---|---|---|
| TO: | Honorable Joseph C. Spero<br>U.S. Magistrate Judge | RE: | Paul Kozina |
| FROM: | Richard W. Wieking, Acting Chief<br>U.S. Pretrial Services Officer | DOCKET NO.: | CR08-00083 PJH |
| DATE: | July 3, 2008 | | |

THE ATTACHED MEMORANDUM WAS PREPARED BY PRETRIAL SERVICES OFFICER:

Laura Weigel                                            408-535-5230
U.S. Pretrial Services Officer                          TELEPHONE NUMBER

We are requesting direction from the Court. Please initial the appropriate box(es), and return this form to us so that we may comply with your instructions.

[ ] I have reviewed the information that you have supplied. I do not believe that this matter requires any action by this Court at this time.

[X] Inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom No. A 15th Floor on Friday, 7/25/08 at 10:30 AM.

[X] Inform all parties concerned that a Bail Review Hearing will be conducted by:
Magistrate Judge  JOSEPH C. SPERO   Presiding District Court Judge _____

[ ] I agree with the recommendation of the Pretrial Services Officer and hereby modify the defendant's Pretrial Release conditions as indicated below:

[ ] Modification(s)

A.

B.

[ ] Bail Revoked/Bench Warrant Issued.

[ ] I am returning the signed order and direct that a copy be provided to the Court file and all interested parties(AUSA and Defense Counsel).

[ ] Other Instructions:

_____

JOSEPH C. SPERO
UNITED STATES MAGISTRATE JUDGE                      7/14/08
JUDICIAL OFFICER                                    DATE

Cover Sheet (06/02/08)