JOSEPH P. RUSSONIELLO (CABN 44332)
United States Attorney

BRIAN J. STRETCH (CABN 163973)
Chief, Criminal Division

NICOLE M. KIM (NYBN 4435806)
Assistant United States Attorney

    450 Golden Gate Avenue
    San Francisco, California
    Telephone: (415) 436-6401
    Facsimile: (415) 436-6982
    E-Mail: nicole.kim@usdoj.gov

Attorneys for the United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR-08-0083 PJH |
| v. | [AMENDED PROPOSED] MODIFICATION OF BAIL CONDITIONS |
| PAUL KOZINA, | |
| Defendant. | |

On July 25, 2008, the defendant Paul Kozina ("KOZINA") appeared with counsel before this Court for a bail review hearing. The United States was represented by Assistant U.S. Attorney Nicole M. Kim. The Court admonished KOZINA that he should abide by his pretrial release condition that he seek employment and keep Pretrial Services informed of his efforts to seek employment. The Court warned the defendant that failure to comply with pretrial release conditions may result in a revocation of bail and incarceration. In addition, the Court modified KOZINA's conditions of pretrial release to include participation in mental health counseling as directed by U.S. Pretrial Services.

Based upon the above-described representations and the parties' agreement in open Court and for good cause appearing, THE COURT HEREBY ORDERS THAT:

[Amended Proposed] Modification of Bail Conditions         1

1. The conditions of the defendant's bond be modified to include participation in mental health counseling as directed by U.S. Pretrial Services.

.

IT IS SO ORDERED.

July __, 2008

_____
HON. JOSEPH C. SPERO
United States Magistrate Judge