UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>       Plaintiff(s),<br><br>  v.<br><br>Paul Anthony Kozina,<br><br>       Defendant(s). | No. CR-08-0083 PJH (BZ)<br><br>**ORDER TO SHOW CAUSE** |

Defendant's arraignment on a superseding indictment was scheduled on November 12, 2008 at 9:30 a.m. Neither defendant nor Christine Carr O'Connor, counsel for the defendant, appeared. Counsel for the government did appear. Defendant and his counsel are **ORDERED** to show cause by **November 13, 2008 at 9:30 a.m.**, in Courtroom G, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.**,** why they should not be held in contempt of court or otherwise sanctioned for failure to appear at the hearing.

Dated: November 12, 2008

                                Bernard Zimmerman
                     United States Magistrate Judge

G:\BZALL\CRIMINAL\ORDERS\ORDERS.08\KOZINA.ORDERTOSHOWCAUSE.wpd

1