Exhibit A

| | |
|---|---|
| **Case:** | Operation White Hand |
| **File Number:** | 245C-SF-140278 |
| **Target:** | Martin Zaragoza |
| **Line:** | 4087949251 |
| **Session:** | 45 |
| **Date:** | 03/01/2007 |
| **Start Time:** | 16:03:12 PST |
| **Duration:** | 00:00:37 |
| **Direction:** | Incoming |
| **Monitored By:** | |
| **Classification:** | Non-Pertinent |
| **Complete:** | Completed |
| **Participants:** | Zaragoza, Martin |

## Comments

## Synopsis

| | |
|---|---|
| **Case:** | Operation White Hand |
| **File Number:** | 245C-SF-140278 |
| **Target:** | Martin Zaragoza |
| **Line:** | 4087949251 |
| **Session:** | 1475 |
| **Date:** | 03/12/2007 |
| **Start Time:** | 20:44:18 PDT |
| **Duration:** | 00:00:26 |
| **Direction:** | Incoming |
| **Monitored By:** | |
| **Classification:** | Non-Pertinent |
| **Complete:** | Not Completed |

**Participants:**

---
| **Comments** |
---
| **Synopsis** |
---

Exhibit B

| | |
|---|---|
| **Case:** | Operation White Hand |
| **File Number:** | 245C-SF-140278 |
| **Target:** | Martin Zaragoza |
| **Line:** | 4087949251 |
| **Session:** | 1884 |
| **Date:** | 03/17/2007 |
| **Start Time:** | 18:29:48 PDT |
| **Duration:** | 00:00:55 |
| **Direction:** | Outgoing |
| **Monitored By:** | ctrillo |
| **Classification:** | Pertinent |
| **Complete:** | Completed |
| | |
| **Participants:** | Zaragoza, Martin |

---

### Comments

Reviewed by R.Dorantes

---

### Synopsis

Martin calls Roberto.

Martin: Hey, do you have eight?
Roberto: Eight what?
Martin: Oh, you know what.
Roberto: Balls?
Martin: Yeah.
Roberto: No, man.
Martin: No?
Roberto: For whom?
Martin: Well, for Pelon.
Roberto: Only if you can give me some time, dude.
Martin: Okay. How long?
Roberto: Let me call you right back, I'm going to call this guy to see if he's got them.
Martin: Okay. Call me back.


EOC
ct

Exhibit C

| | |
|---|---|
| **Case:** | Operation White Hand |
| **File Number:** | 245C-SF-140278 |
| **Target:** | Martin Zaragoza |
| **Line:** | 4087949251 |
| **Session:** | 1885 |
| **Date:** | 03/17/2007 |
| **Start Time:** | 18:34:10 PDT |
| **Duration:** | 00:02:20 |
| **Direction:** | Incoming |
| **Monitored By:** | ctrillo |
| **Classification:** | Pertinent |
| **Complete:** | Completed |
| **Participants:** | Zaragoza, Martin |

## Comments

Reviewed by R.Dorantes

## Synopsis

Roberto calls Martin

Roberto: He's got them, but more expensive, dude.
Martin: [UI]
Roberto: Can we do it at 2 for one?
Martin: I only make 400 dollars on the half.
Roberto: Yeah, but how much are you selling it to him for? At ten?
Martin: Well, yeah, that's all I make. That's what I make on ten bucks.
Roberto: But look, the thing is that this dude wants 95. That would be 4-750.
Martin: Mm?
Roberto: My cost would be 4-750. With the half I'm going to throw in, it's-
Martin: But you put three quarters in it.
Roberto: I can't put three quarters in it, dude!
Martin: Huh?
Roberto: It gets too ashy, dude.
Martin: What?
Roberto: With three quarters, it gets too ashy.
Martin: But that's what you put in it.
Roberto: No, dude, I can't put in that much, you need to understand that. Do you know how much I put in the last time? I put in one quarter, seven points.
Martin: Shut up, that guy said it was more.
Roberto: Dude, the only thing I can do, the only thing I can do is let you pay me the same as what I get it for, and I make it on the cut. Huh?
Martin: So, How much is it?
Roberto: 4-750. So, is [UI] expensive?
Martin: Well, yeah.
Roberto: There you go then. What do you think?
Martin: Let ask the guy.
Roberto: Ask him and let me know, because this dude asked me to tell him in 5 minutes because he was coming here from Gilroy. Uh--because that guy's coming tomorrow, Elias' friend will have some tomorrow.
Martin: Then we better wait for next time.
Roberto: It's your call. UI at 93.
Martin: The thing is--at ninety--at that price--

Roberto: I know, I know, man.  I swear by God he wants 95 for them.  I told him 94 and the motherfucker didn't go for it.
Martin: Let me call you back.

EOC
ct/ec

Exhibit D

**Case:** Operation White Hand
**File Number:** 245C-SF-140278
**Target:** Martin Zaragoza
**Line:** 4087949251
**Session:** 1689
**Date:** 03/15/2007
**Start Time:** 13:47:10 PDT
**Duration:** 00:01:32
**Direction:** Outgoing
**Monitored By:** rdorantes
**Classification:** Pertinent
**Complete:** Completed

**Participants:** Zaragoza, Martin

| Comments |
| --- |
| Reviewed by R.Dorantes |

| Synopsis |
| --- |
| Martin told the UM that he was waiting for him and that he had his nephew over there. The UM said that he was by Gotel (PH) and Santa Teresa because he had an appointment. The UM wanted to meet Zaragoza's nephew by the flee market. Martin told the UM that he would meet him at the same place. The UM agreed and told Martin that he would call him after he was finished.<br><br>als |

Exhibit E

| | |
|---|---|
| **Case:** | Operation White Hand |
| **File Number:** | 245C-SF-140278 |
| **Target:** | Martin Zaragoza |
| **Line:** | 4087949251 |
| **Session:** | 1964 |
| **Date:** | 03/18/2007 |
| **Start Time:** | 18:48:08 PDT |
| **Duration:** | 00:01:56 |
| **Direction:** | Incoming |
| **Monitored By:** | Ecortez |
| **Classification:** | Pertinent |
| **Complete:** | Completed |

**Participants:** Zaragoza, Martin

---

### Comments

Reviewed by R.Dorantes

---

### Synopsis

UM poss. BJ

UM calls Martin. They talked about Martin going to the cockfights tonight. Martin lost his money by betting on cockfights. UM doesn't like cockfighting.

UM: I was calling to say--two,
Martin: Okay, let me get to San Jose and I'll call you back.
UM: Okay, and like I said I have a vehicle for the night, so if you want me to drive halfway or down that way, because there's actually something else I could do down there. I can meet you there.
Martin: Okay, let me get to San Jose and I'll give you a call.

ec.

| | |
|---|---|
| **Case:** | Operation White Hand |
| **File Number:** | 245C-SF-140278 |
| **Target:** | Martin Zaragoza |
| **Line:** | 4087949251 |
| **Session:** | 1972 |
| **Date:** | 03/18/2007 |
| **Start Time:** | 19:45:20 PDT |
| **Duration:** | 00:00:59 |
| **Direction:** | Outgoing |
| **Monitored By:** | Ecortez |
| **Classification:** | Pertinent |
| **Complete:** | Completed |
| **Participants:** | Zaragoza, Martin |

## Comments

Reviewed by R.Dorantes

## Synopsis

Martin calls BJ

Martin: I'm leaving right now.  I'll call you...where?  Where can I meet you?
BJ: I'm in a car, driving around, making my rounds.  So, just--call me when you get up here and I'll tell you where I'm at or I'll come to you or something.
Martin: Okay, maybe I'll call you with a different number because the number of my buddy, is there, okay?  My buddy is there, I'll call you with a different number, okay?
BJ: Okay.

M:

**Case:** Operation White Hand
**File Number:** 245C-SF-140278
**Target:** Martin Zaragoza
**Line:** 4087949251
**Session:** 1984

**Date:** 03/18/2007
**Start Time:** 20:43:31 PDT
**Duration:** 00:01:13
**Direction:** Outgoing
**Monitored By:** Asoto
**Classification:** Pertinent
**Complete:** Completed

**Participants:** Zaragoza, Martin

---

| Comments |
| --- |

| Synopsis |
| --- |

BJ told Martin that he was in the Castro. Martin said that he hated the Castro. BJ said that he was at the guest house. Martin said he did not know how to get over there. BJ asked Martin if he remembered 17th and Church. Martin agreed to meet BJ at 17th and Church.

als

| | |
|---|---|
| **Case:** | Operation White Hand |
| **File Number:** | 245C-SF-140278 |
| **Target:** | Martin Zaragoza |
| **Line:** | 4087949251 |
| **Session:** | 1985 |
| **Date:** | 03/18/2007 |
| **Start Time:** | 21:00:12 PDT |
| **Duration:** | 00:00:46 |
| **Direction:** | Outgoing |
| **Monitored By:** | Asoto |
| **Classification:** | Pertinent |
| **Complete:** | Completed |
| **Participants:** | Zaragoza, Martin |

## Comments

## Synopsis

Martin asked BJ if he was waiting for him outside. BJ told Martin that he was taking care of his friend and he just finished giving him what he needed and that BJ would be outside in a minute. Martin told BJ that he was waiting for him at the same place.

als

Exhibit F

**Case:** Operation White Hand
**File Number:** 245C-SF-140278
**Target:** Martin Zaragoza
**Line:** 4087949251
**Session:** 2160
**Date:** 03/23/2007
**Start Time:** 14:48:37 PDT
**Duration:** 00:01:42
**Direction:** Outgoing
**Monitored By:** mzacarias
**Classification:** Pertinent
**Complete:** Completed


**Participants:** Zaragoza, Martin


---

## Comments

---

## Synopsis

Martin called UM
Martina asked him where he was; UM said he was in San Jose at Almaden and Virginia
Martin asked if he was Vero's uncle's place.
UM said yes and that he had all the stuff there, he told Martin if he wanted to drop by it would take him but 15 minutes.
Martin asked UM if Martin owed him 500, UM said yes.
Martin said [UI]...[UI] how much he had on him.
Martin said he'd drop by his house first to tell his [UI].
UM said he was at Palm West Apartments, gave him directions.
Martin said right now he was...[SC]
UM told Martin to call he when he got closer.

EOC
mz

Exhibit G

| | |
|---|---|
| **Case:** | Operation White Hand |
| **File Number:** | 245C-SF-140278 |
| **Target:** | Martin Zaragoza |
| **Line:** | 4087949251 |
| **Session:** | 1836 |
| **Date:** | 03/16/2007 |
| **Start Time:** | 19:40:55 PDT |
| **Duration:** | 00:03:36 |
| **Direction:** | Incoming |
| **Monitored By:** | Emccormick |
| **Classification:** | Pertinent |
| **Complete:** | Completed |
| **Participants:** | Zaragoza, Martin |

---

### Comments

Reviewed by R.Dorantes

---

### Synopsis

UM asked Martin where he was.

Martin said he was far away, down by Mountain View. [TN: at this time Martin was trying to meet another UM at Grove & Larkin in SF]

Martin said, what was I gonna do, I was not gonna take the money to the park.

UM said [UI]...[UI]. Martin replied: Who? UM said, your nephew. Martin said, I don't know what did he tell you. UM said, he told me yes, for sure, we were going to do it, he's like a woman, he can go to hell.

Martin said, he didn't tell me anything.

UM said, he told me if you didn't pay me anything, [UI]...[UI] a friend [UI] would pay 2 now and 2 tomorrow.

Martin said, he wants 4. UM replied, he wants 4.

UM asked Martin if he got anything. Martin said he had not gotten anything. Martin said, my friend Pepe doesn't have anything. UM replied, that's fucked up. UM asked Martin if he was going to get anything tomorrow. Martin replied, yes but he's working on that right now.

They talked about a game [possibly a soccer match]

Then Martin said he wanted to talk to a guy who now makes a living.

UM talked about a guy who is making money opening his own businesses in different location, one in Modesto, another one in San Jose. Martin said that guy is never going to be stable.

UM said that Pelon was arrested yesterday. Martin couldn't figure out which Pelon UM was referring to.

UM said Pelon from the ranch. Martin asked what did they arrest him for. UM said, [UI]...[UI] his brother said he has [to appear] in court on Tuesday.

Martin said, let me call this guy to see where he is.

UM said, tomorrow I'm going to need [UI].

Exhibit H

| | |
|---|---|
| **Case:** | Operation White Hand |
| **File Number:** | 245C-SF-140278 |
| **Target:** | Martin Zaragoza |
| **Line:** | 4087949251 |
| **Session:** | 1864 |
| **Date:** | 03/17/2007 |
| **Start Time:** | 12:47:36 PDT |
| **Duration:** | 00:00:50 |
| **Direction:** | Outgoing |
| **Monitored By:** | Ecortez |
| **Classification:** | Pertinent |
| **Complete:** | Completed |

**Participants:** Zaragoza, Martin

---

## Comments

Reviewed by R.Dorantes

---

## Synopsis

UM calls Martin

UM: I've been calling you.
M: I wasn't around.
UM: Where is he at?
M: I uh--went to run an errand and left the phone home.

UM: UI the nephew because he wants that.
M gives UM the following number 661-561-0353[Roberto's number]
UM will give them a call. UM is at the park. M says he'll be right there.

ec.

## Exhibit I

| | |
|---|---|
| **Case:** | Operation White Hand |
| **File Number:** | 245C-SF-140278 |
| **Target:** | Martin Zaragoza |
| **Line:** | 4087949251 |
| **Session:** | 2126 |
| **Date:** | 03/20/2007 |
| **Start Time:** | 19:53:41 PDT |
| **Duration:** | 00:02:57 |
| **Direction:** | Incoming |
| **Monitored By:** | rdorantes |
| **Classification:** | Pertinent |
| **Complete:** | Completed |

**Participants:**   Zaragoza, Martin

---

### Comments

Reviewed by R.Dorantes

### Synopsis

UM called Martin

UM told  Martin that the guy lives in the place where he used to.  They want to follow the guy to see where he works.  They agree to follow the guy tomorrow.

Martin then asked UM how much he got black tar heroin for.  UM said he gets the half for 2 and a half and the whole one for 5 bucks. Martin asked if it was in one piece, UM said yes, one piece. Martin told UM that one of his nephews from Stockton wanted one. UM and Martin have an unintelligible exchange.  Martin then said he would call UM tomorrow and talk.

EOC
rd



Exhibit J

| | |
|---|---|
| **Case:** | Operation White Hand |
| **File Number:** | 245C-SF-140278 |
| **Target:** | Martin Zaragoza |
| **Line:** | 4087949251 |
| **Session:** | 2155 |
| **Date:** | 03/21/2007 |
| **Start Time:** | 12:13:13 PDT |
| **Duration:** | 00:01:41 |
| **Direction:** | Incoming |
| **Monitored By:** | Emccormick |
| **Classification:** | Pertinent |
| **Complete:** | Completed |
| **Participants:** | Zaragoza, Martin |

## Comments

## Synopsis

UM called Martin

UM asked Martin, did you go over there? Martin replied, I did, I went with my nephew but they didn't have anything. UM asked, at what time did you go. Martin replied, we went there at around 10:30, we left at about 9:50AM. UM said, I told you to go around 9:30. UM continued, if you would had stopped by around 9:00, 9:30, that's when he parks his car there and gets to work. Martin replied, we're gonna try again tomorrow. Martin asked UM, are you going to go to the park. UM said yes. Martin said, I need you to get me a little white ball.

Exhibit K

| Case: | Operation White Hand |
|---|---|
| **File Number:** | 245C-SF-140278 |
| **Target:** | Martin Zaragoza |
| **Line:** | 4087949251 |
| **Session:** | 2058 |
| **Date:** | 03/19/2007 |
| **Start Time:** | 20:19:06 PDT |
| **Duration:** | 00:06:16 |
| **Direction:** | Incoming |
| **Monitored By:** | rdorantes |
| **Classification:** | Pertinent |
| **Complete:** | Completed |

**Participants:**   Zaragoza, Martin

| Comments |
|---|
| Reviewed by R.Dorantes |

| Synopsis |
|---|

Martin called UM

UM tells Martin about a man, El Abuelo, that got killed by "La Zeta" in Tepeque [Mexico].
They talk about the details of the man's death. Apparently he was shot.

Martin told the UM that he was wealthy. UM says he was.

They go on about other guys that have been killed. UM talks about the cholos that are fighting over there too.

UM mentions the AFI- a federal agency that is corrupt as hell, that all they do is kill.

More talk regarding the murder of El Abuelo.

EOC
rd

# Exhibit L

| | |
|---|---|
| **Case:** | Operation White Hand |
| **File Number:** | 245C-SF-140278 |
| **Target:** | Martin Zaragoza |
| **Line:** | 4087949251 |
| **Session:** | 1988 |
| **Date:** | 03/18/2007 |
| **Start Time:** | 21:21:52 PDT |
| **Duration:** | 00:01:49 |
| **Direction:** | Outgoing |
| **Monitored By:** | Asoto |
| **Classification:** | Pertinent |
| **Complete:** | Completed |
| | |
| **Participants:** | Zaragoza, Martin |

---

## Comments

Reviewed by R.Dorantes

---

## Synopsis

Martin called Roberto

Martin said, I thought you had put pieces of the other one.
Roberto said, I gave it to you in pieces, man; if they break them on the way, I don't know.
Martin told Roberto to ask Tavo how it was.
Roberto said no, he gave them to him [Tavo] and he [Tavo] put them in his pocket.
Martin said the guy said it was the same thing.
Roberto told Martin to give them back, then.
Martin said [UI]...[UI].
Roberto said, that he needed to show it to Martin, because they get broken on the way, what's up with that. Roberto told Martin to ask Tavo what condition it was when he [Roberto] gave it to him [Tavo], that he shouldn't act like he doesn't know.
Martin he didn't get any from [him].
Roberto said, The thing is he puts them in his pocket... his belly hits his knees so when he gets into the car, it gets broken up.
Martin said [UI] told him [Martin] that [UI]...[UI]. Martin said, He said he was going to pay me 100 dollars more and he brings me..
[SC] Roberto said he swore to God he picked it himself...he said there were some little ones and some big ones...[UI] what's-his-name put in his pocket; he should get real.
Martin said he was going to put it there so that [UI].
Roberto said he was going to buy [UI] the kind where you put the peppers in.
Martin said, hey, I messed my stop cause I'm here fighting with you.
Roberto asked, Did you leave it for [him] yet...Are you [pl.] on your way here?
Martin said yes.
Roberto asked, Did the fucker pay you 200?
Martin said he was trying to call him; Martin was in S.F.; told Roberto to wait until Martin was done meeting with the fag.
Roberto said otherwise take it tomorrow.
Martin said no, man [UI]...[UI] why wait until tomorrow.
Roberto said okay.

mz

Exhibit M

| | |
|---|---|
| **Case:** | Operation White Hand |
| **File Number:** | 245C-SF-140278 |
| **Target:** | Martin Zaragoza |
| **Line:** | 4087949251 |
| **Session:** | 1714 |
| **Date:** | 03/15/2007 |
| **Start Time:** | 15:20:59 PDT |
| **Duration:** | 00:00:27 |
| **Direction:** | Outgoing |
| **Monitored By:** | rdorantes |
| **Classification:** | Non-Pertinent |
| **Complete:** | Completed |
| **Participants:** | Zaragoza, Martin |

## Comments

Reviewed by R.Dorantes

## Synopsis

Martin & UM

Martin told UM to tell Tavo that he will be there in 3 minutes to give him [Tavo] $100.

EOC
rd

# Exhibit N

| | |
|---|---|
| **Case:** | Operation White Hand |
| **File Number:** | 245C-SF-140278 |
| **Target:** | Martin Zaragoza |
| **Line:** | 4087949251 |
| **Session:** | 2084 |
| **Date:** | 03/20/2007 |
| **Start Time:** | 13:11:21 PDT |
| **Duration:** | 00:00:56 |
| **Direction:** | Outgoing |
| **Monitored By:** | Emccormick |
| **Classification:** | Pertinent |
| **Complete:** | Completed |
| **Participants:** | Zaragoza, Martin |

---

### Comments

Reviewed by R.Dorantes

---

### Synopsis

[Call minimized by system]

Roberto told Martin he had the check. Martin said [UI] I'll set it aside for you. Roberto said he was going to give it to Martin anyway, and later Martin could give Roberto half and Martin could keep the other half. Martin agreed.

mz

# Exhibit O

| BILLED MDN | DATE | TIME | DURATION | DIALED NUMBER | DEST NUMBER | DIR | STATUS | SF | CALLER ID | CELL |
|---|---|---|---|---|---|---|---|---|---|---|
| 4085610353 | 03/20/2007 | 08:44:20 | 000:07 | 4083175168 | 4083175168 | ML | 1 | 0 | | F3147 |
| 4085610353 | 03/20/2007 | 08:52:18 | 001:05 | #777 | | CPD | 0 | 0 | | F3147 |
| 4085610353. | 03/20/2007 | 08:55:28 | 000:04 | #777 | | CPD | 0 | 0 | | F3147 |
| 4085610353 | 03/20/2007 | 10:48:12 | 000:46 | 6489454 | 6489454 | ML | 0 | 0 | | F4205 |
| 4086489454 | 03/20/2007 | 10:48:16 | 000:42 | 4086489454 | 4086489454 | LM | 0 | 0 | 4085610353 | F3147 |
| 4085610353 | 03/20/2007 | 10:55:14 | 000:04 | 4201539 | 4201539 | ML | 0 | 0 | | F4205 |
| 4085610353 | 03/20/2007 | 10:55:57 | 000:04 | 4201539 | 4201539 | ML | 1 | 0 | | F4205 |
| 4085610353 | 03/20/2007 | 11:02:47 | 000:04 | 4201539 | 4201539 | ML | 1 | 0 | | F4205 |
| 4085610353 | 03/20/2007 | 11:21:12 | 000:26 | 4201539 | 4201539 | ML | 0 | 0 | | F3147 |
| 4085610353 | 03/20/2007 | 11:24:35 | 001:42 | 4693820 | 4693820 | ML | 0 | 0 | | F3147 |
| 4084693820 | 03/20/2007 | 11:24:40 | 001:36 | 4084693820 | 4084693820 | LM | 0 | 0 | 4085610353 | F4448 |
| 4085610353 | 03/20/2007 | 11:26:33 | 000:27 | 8541518 | 8541518 | ML | 1 | 0 | | F3147 |
| 4088541518 | 03/20/2007 | 11:26:46 | 000:27 | 4088541518 | 4088541518 | LM | 1 | 0 | 4085610353 | G4179 |
| 4085610353 | 03/20/2007 | 11:31:04 | 000:40 | 7949251 | 7949251 | ML | 0 | 0 | | F3147 |
| 4087949251 | 03/20/2007 | 11:31:09 | 000:36 | 4087949251 | 4087949251 | LM | 0 | 0 | 4085610353 | F3147 |
| 4085610353 | 03/20/2007 | 11:31:58 | 000:30 | 6486790 | 6486790 | ML | 1 | 0 | | F3147 |
| 4086486790 | 03/20/2007 | 11:32:29 | 000:09 | 3114086486790 | 4086486790 | ML | 1 | 1 | 4085610353 | F2448 |
| 4085610353 | 03/20/2007 | 11:34:03 | 000:53 | 4085922925 | 4085922925 | ML | 0 | 0 | | F3147 |
| 4085610353 | 03/20/2007 | 11:35:15 | 000:19 | 8541518 | 8541518 | ML | 0 | 0 | | F3147 |
| 4088541518 | 03/20/2007 | 11:35:31 | 000:03 | 3114088541518 | 4088541518 | ML | 0 | 1 | 4085610353 | F0000 |
| 4085610353 | 03/20/2007 | 11:37:07 | 000:09 | 8541518 | 8541518 | ML | 1 | 0 | | F3147 |
| 4085610353 | 03/20/2007 | 11:40:15 | 000:04 | 5189420 | 5189420 | ML | 0 | 0 | | F3147 |
| 4085189420 | 03/20/2007 | 11:40:16 | 000:03 | 3114085189420 | 4085189420 | ML | 0 | 1 | 4085610353 | F000G |
| 4085610353 | 03/20/2007 | 11:40:22 | 000:04 | 5189420 | 5189420 | ML | 0 | 0 | | F3147 |
| 4085189420 | 03/20/2007 | 11:40:23 | 000:03 | 3114085189420 | 4085189420 | ML | 0 | 1 | 4085610353 | F0000 |
| 4085610353 | 03/20/2007 | 11:41:14 | 000:08 | 8541518 | 8541518 | ML | 1 | 0 | | F3147 |
| 4085610353 | 03/20/2007 | 11:41:31 | 001:38 | 6486790 | 6486790 | ML | 0 | 0 | | F3147 |
| 4086486790 | 03/20/2007 | 11:41:36 | 001:35 | 4086486790 | 4086486790 | LM | 0 | 0 | 4085610353 | F4142 |
| 4085610353 | 03/20/2007 | 11:47:53 | 000:11 | 8541518 | 8541518 | ML | 1 | 0 | | F3147 |
| 4085610353 | 03/20/2007 | 11:49:22 | 002:32 | 3339597 | 3339597 | ML | 0 | 0 | | F3147 |
| 4085610353 | 03/20/2007 | 11:52:02 | 003:20 | 3339597 | 3339597 | ML | 0 | 0 | | F3147 |
| 4085610353 | 03/20/2007 | 11:55:26 | 002:12 | 3339597 | 3339597 | ML | 0 | 0 | | F3147 |
| 4085610353 | 03/20/2007 | 12:02:27 | 000:39 | 4085610353 | 4085610353 | LM | 0 | 0 | 4084201539 | F3147 |
| 4087949251 | 03/20/2007 | 12:03:58 | 000:44 | 4085610353 | 4085610353 | LM | 0 | 0 | | F3147 |
| 4085610353 | 03/20/2007 | 12:04:01 | 000:42 | 4085610353 | 4085610353 | LM | 0 | 0 | 4087949251 | F3147 |
| 4085610353 | 03/20/2007 | 12:12:51 | 000:13 | 4085610353 | 4085610353 | LM | 0 | 0 | 4088330265 | F3147 |
| 4085610353 | 03/20/2007 | 12:30:32 | 000:30 | 8541518 | 8541518 | ML | 1 | 0 | | F3147 |
| 4088541518 | 03/20/2007 | 12:30:46 | 000:27 | 4088541518 | 4088541518 | LM | 1 | 0 | 4085610353 | G4182 |
| 4085189420 | 03/20/2007 | 12:34:23 | 000:13 | 4085610353 | 4085610353 | ML | 0 | 0 | | F2153 |
| 4085610353 | 03/20/2007 | 12:34:32 | 000:04 | 3114085610353 | 4085610353 | ML | 0 | 1 | 4085189420 | F3147 |
| 4085189420 | 03/20/2007 | 12:34:50 | 000:41 | 4085610353 | 4085610353 | ML | 0 | 0 | | F2153 |
| 4085610353 | 03/20/2007 | 12:34:54 | 000:37 | 4085610353 | 4085610353 | LM | 0 | 0 | 4085189420 | F3147 |
| 4085610353 | 03/20/2007 | 12:39:32 | 000:02 | 4085189420 | 4085189420 | ML | 1 | 0 | | F3147 |
| 4085189420 | 03/20/2007 | 12:39:34 | 000:24 | 4085189420 | 4085189420 | ML | 0 | 0 | | F3147 |
| 4085189420 | 03/20/2007 | 12:39:37 | 000:21 | 4085189420 | 4085189420 | LM | 0 | 0 | 4085610353 | F2153 |
| 4085610353 | 03/20/2007 | 12:53:23 | 001:47 | 4085189420 | 4085189420 | ML | 0 | 0 | | F3147 |
| 4085189420 | 03/20/2007 | 12:53:26 | 001:44 | 4085189420 | 4085189420 | LM | 0 | 0 | 4085610353 | F2153 |
| 4088541518 | 03/20/2007 | 12:53:54 | 000:32 | 4085610353 | 4085610353 | ML | 1 | 0 | | G2166 |
| 4085610353 | 03/20/2007 | 12:54:14 | 000:02 | 3114085610353 | 4085610353 | ML | 0 | 3 | 4088541518 | F3147 |
| 4085610353 | 03/20/2007 | 12:56:19 | 001:12 | 8541518 | 8541518 | ML | 0 | 0 | | F3147 |
| 4088541518 | 03/20/2007 | 12:56:35 | 001:08 | 4088541518 | 4088541518 | LM | 0 | 0 | 4085610353 | G2166 |
| 4085610353 | 03/20/2007 | 12:58:09 | 001:19 | 4088330265 | 4088330265 | ML | 0 | 0 | | F3147 |
| 4085610353 | 03/20/2007 | 12:59:51 | 001:44 | 6486790 | 6486790 | ML | 0 | 0 | | F3147 |
| 4086486790 | 03/20/2007 | 13:00:06 | 001:31 | 4086486790 | 4086486790 | LM | 0 | 0 | 4085610353 | F4142 |
| 4085610353 | 03/20/2007 | 13:09:43 | 000:52 | 4085610353 | 4085610353 | LM | 0 | 0 | 4085922925 | F3147 |

| BILLED MDN | DATE | TIME | DURATION | DIALED NUMBER | DEST NUMBER | DIR | STATUS | SF | CALLER ID | CELL |
|---|---|---|---|---|---|---|---|---|---|---|
| 4084490373 | 03/20/2007 | 13:13:17 | 000:30 | 4085610353 | 4085610353 | ML | 0 | 0 | | F4330 |
| 4085610353 | 03/20/2007 | 13:13:26 | 000:21 | 4085610353 | 4085610353 | LM | 0 | 0 | 4084490373 | F3147 |
| 4085610353 | 03/20/2007 | 13:13:31 | 000:58 | 4085610353 | 4085610353 | LM | 0 | 3 | 4087949251 | F3147 |
| 4084490373 | 03/20/2007 | 13:32:31 | 001:33 | 4085610353 | 4085610353 | ML | 0 | 0 | | F2149 |
| 4085610353 | 03/20/2007 | 13:32:35 | 001:30 | 4085610353 | 4085610353 | LM | 0 | 0 | 4084490373 | F3005 |
| 4088541518 | 03/20/2007 | 13:59:34 | 001:51 | 4085610353 | 4085610353 | ML | 0 | 0 | | G3007 |
| 4085610353 | 03/20/2007 | 13:59:44 | 001:39 | 4085610353 | 4085610353 | LM | 0 | 0 | 4088541518 | G4168 |
| 4085610353 | 03/20/2007 | 14:06:10 | 000:48 | 4201539 | 4201539 | ML | 0 | 0 | | G3014 |
| 4085610353 | 03/20/2007 | 14:08:44 | 000:54 | 4085610353 | 4085610353 | LM | 0 | 0 | 4088330265 | G3007 |
| 4085610353 | 03/20/2007 | 14:09:55 | 000:26 | 4084490373 | 4084490373 | ML | 0 | 0 | | G2007 |
| 4084490373 | 03/20/2007 | 14:09:57 | 000:24 | 4084490373 | 4084490373 | LM | 0 | 0 | 4085610353 | G2244 |
| 4085610353 | 03/20/2007 | 14:17:10 | 001:43 | 3339597 | 3339597 | ML | 0 | 0 | | G3174 |
| 4085610353 | 03/20/2007 | 14:23:40 | 009:19 | 3339597 | 3339597 | ML | 0 | 0 | | G3174 |
| 4085610353 | 03/20/2007 | 14:34:10 | 001:01 | 3339597 | 3339597 | ML | 0 | 0 | | G3174 |
| 4085610353 | 03/20/2007 | 14:35:19 | 000:11 | 3339597 | 3339597 | ML | 0 | 0 | | G2174 |
| 4085610353 | 03/20/2007 | 14:50:55 | 003:03 | 7076396328 | 7076396328 | ML | 0 | 0 | | G2136 |
| | 03/20/2007 | 14:53:50 | 000:14 | 4085610353 | 4085610353 | CNH | 0 | 0 | | F2169 |
| 4085610353 | 03/20/2007 | 15:09:29 | 000:36 | 4085610353 | 4085610353 | LM | 0 | 0 | 4088330265 | F4144 |
| 4085610353 | 03/20/2007 | 15:31:02 | 000:49 | 6489454 | 6489454 | ML | 0 | 0 | | F4158 |
| 4086489454 | 03/20/2007 | 15:31:07 | 000:44 | 4086489454 | 4086489454 | LM | 0 | 0 | 4085610353 | F2182 |
| 4085610353 | 03/20/2007 | 15:45:02 | 000:28 | 4088330265 | 4088330265 | ML | 0 | 0 | | F3147 |
| 4085610353 | 03/20/2007 | 15:48:21 | 000:21 | 6489454 | 6489454 | ML | 0 | 0 | | F2016 |
| 4086489454 | 03/20/2007 | 15:48:25 | 000:17 | 4086489454 | 4086489454 | LM | 0 | 0 | 4085610353 | F4448 |
| 4086614795 | 03/20/2007 | 15:48:38 | 000:29 | 4085610353 | 4085610353 | ML | 0 | 0 | | F3448 |
| 4085610353 | 03/20/2007 | 15:48:39 | 000:28 | 4085610353 | 4085610353 | LM | 0 | 3 | 4086614795 | F2016 |
| 4085610353 | 03/20/2007 | 15:56:27 | 000:18 | 6489454 | 6489454 | ML | 0 | 0 | | F3147 |
| 4086489454 | 03/20/2007 | 15:56:33 | 000:12 | 4086489454 | 4086489454 | LM | 0 | 0 | 4085610353 | F4448 |
| 4085610353 | 03/20/2007 | 15:56:53 | 000:18 | 4088330265 | 4088330265 | ML | 0 | 0 | | F3147 |
| 4085610353 | 03/20/2007 | 16:00:21 | 000:32 | 8541518 | 8541518 | ML | 0 | 0 | | F3147 |
| 4088541518 | 03/20/2007 | 16:00:33 | 000:29 | 4088541518 | 4088541518 | LM | 0 | 0 | 4085610353 | G4214 |
| 4085610353 | 03/20/2007 | 16:00:44 | 000:48 | 4085610353 | 4085610353 | LM | 0 | 3 | 4087949251 | F3147 |
| 4085610353 | 03/20/2007 | 16:19:45 | 001:23 | 4085610353 | 4085610353 | LM | 0 | 0 | 20000000000 | F3147 |
| 4085610353 | 03/20/2007 | 16:23:57 | 018:23 | 3339597 | 3339597 | ML | 0 | 0 | | F3147 |
| 4085610353 | 03/20/2007 | 16:40:40 | 001:40 | 4085610353 | 4085610353 | LM | 0 | 3 | 4088541518 | F3147 |
| 4088541518 | 03/20/2007 | 16:40:47 | 001:42 | 4085610353 | 4085610353 | ML | 0 | 0 | | G4179 |
| 4085610353 | 03/20/2007 | 16:42:27 | 000:08 | 3339597 | 3339597 | ML | 1 | 0 | | F3147 |
| 4085610353 | 03/20/2007 | 16:42:58 | 000:54 | 4084490373 | 4084490373 | ML | 0 | 0 | | F3147 |
| 4084490373 | 03/20/2007 | 16:43:11 | 000:51 | 4084490373 | 4084490373 | LM | 0 | 0 | 4085610353 | G2161 |
| 4085610353 | 03/20/2007 | 16:53:35 | 000:39 | 4087949251 | 4087949251 | ML | 0 | 0 | | F3147 |
| 4087949251 | 03/20/2007 | 16:54:09 | 000:06 | 3114087949251 | 4087949251 | ML | 0 | 1 | 4085610353 | F3149 |
| 4085610353 | 03/20/2007 | 16:55:41 | 009:01 | 2724690 | 2724690 | ML | 0 | 0 | | F3147 |
| 4085610353 | 03/20/2007 | 17:25:45 | 000:20 | 4085610353 | 4085610353 | LM | 0 | 0 | | F3448 |
| 4085610353 | 03/20/2007 | 17:41:02 | 002:32 | 3339597 | 3339597 | ML | 0 | 0 | | F3147 |
| 4085610353 | 03/20/2007 | 17:47:54 | 000:38 | 3339597 | 3339597 | ML | 0 | 0 | | F3147 |
| 4085610353 | 03/20/2007 | 17:49:01 | 001:11 | 3339597 | 3339597 | ML | 0 | 0 | | F3147 |
| 4085610353 | 03/20/2007 | 17:50:18 | 001:41 | 3339597 | 3339597 | ML | 0 | 0 | | F3147 |
| 4085610353 | 03/20/2007 | 17:52:00 | 000:15 | 3339597 | 3339597 | ML | 0 | 0 | | F3147 |
| 4085610353 | 03/20/2007 | 17:52:22 | 001:14 | 3339597 | 3339597 | ML | 0 | 0 | | F3147 |
| 4085610353 | 03/20/2007 | 17:53:40 | 002:41 | 3339597 | 3339597 | ML | 0 | 0 | | F3147 |
| 4085610353 | 03/20/2007 | 17:56:26 | 001:19 | 3339597 | 3339597 | ML | 0 | 0 | | F3147 |
| 4085610353 | 03/20/2007 | 17:56:53 | 002:20 | 4085610353 | 4085610353 | LM | 0 | 3 | 20000000000 | F3147 |
| 4085610353 | 03/20/2007 | 17:59:21 | 020:23 | 3339597 | 3339597 | ML | 0 | 0 | | F3147 |
| 4087949251 | 03/20/2007 | 18:14:14 | 000:45 | 4085610353 | 4085610353 | ML | 0 | 0 | | F2150 |
| 4085610353 | 03/20/2007 | 18:14:15 | 000:45 | 4085610353 | 4085610353 | LM | 0 | 3 | 4087949251 | F3147 |
| 4086614795 | 03/20/2007 | 18:18:35 | 000:19 | 4085610353 | 4085610353 | ML | 0 | 0 | | F3448 |

| BILLED MDN | DATE | TIME | DURATION | DIALED NUMBER | DEST NUMBER DIR | STATUS | SF | CALLER ID | CELL |
|---|---|---|---|---|---|---|---|---|---|
| 4085610353 | 03/20/2007 | 18:15:36 | 000:19 | 4085610353 | 4085610353 LM | 0 | 3 | 4086614795 | F3147 |
| 4085610353 | 03/20/2007 | 18:20:15 | 001:33 | 8541518 | 8541518 ML | 0 | 0 | | F3147 |
| 4088541518 | 03/20/2007 | 18:20:28 | 001:31 | 4088541518 | 4088541518 LM | 0 | 0 | 4085610353 | G2166 |
| 4085610353 | 03/20/2007 | 18:21:54 | 001:27 | 4087949251 | 4087949251 ML | 0 | 0 | | F3147 |
| 4087949251 | 03/20/2007 | 18:22:05 | 001:16 | 4087949251 | 4087949251 LM | 0 | 0 | 4085610353 | F2150 |
| 4085610353 | 03/20/2007 | 18:23:32 | 000:29 | 6614795 | 6614795 ML | 0 | 0 | | F3147 |
| 4086614795 | 03/20/2007 | 18:23:37 | 000:26 | 4086614795 | 4086614795 LM | 0 | 0 | 4085610353 | F4153 |
| 4085610353 | 03/20/2007 | 18:24:39 | 000:31 | 6506305656 | 6506305656 ML | 1 | 0 | | F3147 |
| 6506305656 | 03/20/2007 | 18:24:40 | 000:25 | 6506305656 | 6506305656 LM | 1 | 3 | 4085610353 | F3096 |
| 4085610353 | 03/20/2007 | 18:34:48 | 000:26 | 5094377 | 5094377 ML | 0 | 0 | | F3147 |
| 4085094377 | 03/20/2007 | 18:34:49 | 000:25 | 4085094377 | 4085094377 LM | 0 | 3 | 4085610353 | F2211 |
| 4085094377 | 03/20/2007 | 18:39:09 | 000:48 | 4085610353 | 4085610353 ML | 0 | 0 | | F2211 |
| 4085610353 | 03/20/2007 | 18:39:14 | 000:44 | 4085610353 | 4085610353 LM | 0 | 0 | 4085094377 | F3147 |
| 4085610353 | 03/20/2007 | 18:43:02 | 001:01 | 3339597 | 3339597 ML | 0 | 0 | | F3147 |
| 4085610353 | 03/20/2007 | 18:44:08 | 001:58 | 3339597 | 3339597 ML | 0 | 0 | | F3147 |
| 4085610353 | 03/20/2007 | 18:51:32 | 027:31 | 3339597 | 3339597 ML | 0 | 0 | | F3147 |
| 4085610353 | 03/20/2007 | 19:03:36 | 001:23 | 4085610353 | 4085610353 LM | 0 | 3 | 4088541518 | F3147 |
| 4088541518 | 03/20/2007 | 19:03:43 | 001:24 | 4085610353 | 4085610353 ML | 0 | 0 | | G3182 |
| 4085610353 | 03/20/2007 | 19:19:15 | 000:28 | 4087949251 | 4087949251 ML | 1 | 0 | | F3147 |
| 4087949251 | 03/20/2007 | 19:19:20 | 000:24 | 4087949251 | 4087949251 LM | 1 | 0 | 4085610353 | F2448 |
| 4085610353 | 03/20/2007 | 19:19:52 | 000:34 | 6614795 | 6614795 ML | 0 | 0 | | F3147 |
| 4086614795 | 03/20/2007 | 19:20:22 | 000:03 | 3114086614795 | 4086614795 ML | 0 | 1 | 4085610353 | F2167 |
| 4085610353 | 03/20/2007 | 19:20:53 | 002:47 | 4087949251 | 4087949251 ML | 0 | 0 | | F3147 |
| 4087949251 | 03/20/2007 | 19:20:58 | 002:41 | 4087949251 | 4087949251 LM | 0 | 0 | 4085610353 | F3149 |
| 4085610353 | 03/20/2007 | 19:23:51 | 000:02 | 6614795 | 6614795 ML | 1 | 0 | | F3147 |
| 4085610353 | 03/20/2007 | 19:23:58 | 000:20 | 6489454 | 6489454 ML | 0 | 0 | | F3147 |
| 4086489454 | 03/20/2007 | 19:24:14 | 000:05 | 3114086489454 | 4086489454 ML | 0 | 1 | 4085610353 | F0000 |
| 4085610353 | 03/20/2007 | 19:44:06 | 000:25 | 6489454 | 6489454 ML | 0 | 0 | | F3147 |
| 4086489454 | 03/20/2007 | 19:44:11 | 000:00 | 4086489454 | 4086489454 LM | 0 | 0 | 4085610353 | F3248 |
| 4084490373 | 03/20/2007 | 19:50:56 | 001:00 | 4085610353 | 4085610353 ML | 0 | 0 | | F4120 |
| 4085610353 | 03/20/2007 | 19:51:01 | 000:55 | 4085610353 | 4085610353 LM | 0 | 0 | 4084490373 | F3147 |
| 4085610353 | 03/20/2007 | 19:52:09 | 000:46 | 6489454 | 6489454 ML | 0 | 0 | | F3147 |
| 4086489454 | 03/20/2007 | 19:52:14 | 000:40 | 4086489454 | 4086489454 LM | 0 | 0 | 4085610353 | F3448 |
| 4086614795 | 03/20/2007 | 19:53:28 | 000:52 | 4085610353 | 4085610353 ML | 0 | 0 | | F2167 |
| 4085610353 | 03/20/2007 | 19:53:32 | 000:48 | 4085610353 | 4085610353 LM | 0 | 0 | 4086614795 | F3147 |
| 4087949251 | 03/20/2007 | 19:59:10 | 000:46 | 4085610353 | 4085610353 ML | 0 | 0 | | F3147 |
| 4085610353 | 03/20/2007 | 19:59:12 | 000:45 | 4085610353 | 4085610353 LM | 0 | 0 | 4087949251 | F3147 |
| 4085610353 | 03/20/2007 | 20:00:05 | 000:12 | 8541518 | 8541518 ML | 1 | 0 | | F3147 |
| 4085610353 | 03/20/2007 | 20:01:58 | 000:05 | 8541518 | 8541518 ML | 1 | 0 | | F3147 |
| 4085610353 | 03/20/2007 | 20:03:20 | 001:33 | 8541518 | 8541518 ML | 0 | 0 | | F3147 |
| 4088541518 | 03/20/2007 | 20:03:32 | 001:30 | 4088541518 | 4088541518 LM | 0 | 0 | 4085610353 | G4179 |
| 4087949251 | 03/20/2007 | 20:03:43 | 000:17 | 4085610353 | 4085610353 ML | 1 | 0 | | F2379 |
| 4085610353 | 03/20/2007 | 20:03:44 | 000:15 | 4085610353 | 4085610353 LM | 1 | 3 | 4087949251 | F3147 |
| 4087949251 | 03/20/2007 | 20:04:01 | 000:04 | 4085610353 | 4085610353 ML | 0 | 0 | | F3205 |
| 4085610353 | 03/20/2007 | 20:04:03 | 000:03 | 3114085610353 | 4085610353 ML | 0 | 1 | 4087949251 | F0000 |
| 4087949251 | 03/20/2007 | 20:04:42 | 001:34 | 4085610353 | 4085610353 ML | 0 | 0 | | F3448 |
| 4085610353 | 03/20/2007 | 20:04:42 | 001:33 | 4085610353 | 4085610353 LM | 0 | 3 | 4087949251 | F3147 |
| 4085610353 | 03/20/2007 | 20:06:47 | 000:27 | 4084490373 | 4084490373 ML | 0 | 0 | | F3147 |
| 4084490373 | 03/20/2007 | 20:06:49 | 000:27 | 4084490373 | 4084490373 LM | 0 | 3 | 4085610353 | F4120 |
| 4085610353 | 03/20/2007 | 20:07:28 | 000:24 | 4085610353 | 4085610353 LM | 0 | 0 | 4088541518 | F3147 |
| 4088541518 | 03/20/2007 | 20:07:35 | 000:27 | 4085610353 | 4085610353 ML | 0 | 0 | | G4179 |
| 4086614795 | 03/20/2007 | 20:24:23 | 000:22 | 4085610353 | 4085610353 ML | 0 | 0 | | F4448 |
| 4085610353 | 03/20/2007 | 20:24:27 | 000:18 | 4085610353 | 4085610353 LM | 0 | 0 | 4086614795 | F3147 |
| 4085610353 | 03/20/2007 | 20:54:32 | 000:16 | 6614795 | 6614795 ML | 0 | 0 | | F3147 |
| 4086614795 | 03/20/2007 | 20:54:36 | 000:13 | 4086614795 | 4086614795 LM | 0 | 0 | 4085610353 | F3448 |

| BILLED MDN | DATE | TIME | DURATION | DIALED NUMBER | DEST NUMBER | DIR | STATUS | SF | CALLER ID | CELL |
|---|---|---|---|---|---|---|---|---|---|---|
| 4085610353 | 03/20/2007 | 20:58:38 | 000:32 | 4201539 | 4201539 | ML | 1 | 0 | | F3147 |
| 4085610353 | 03/20/2007 | 21:18:27 | 000:00 | | | MSE | 1 | 0 | | F0000 |
| 4085610353 | 03/20/2007 | 21:18:28 | 001:25 | 4085610353 | 4085610353 | LM | 0 | 0 | 4084201539 | F4205 |
| 4085610353 | 03/20/2007 | 21:22:36 | 000:02 | 6614795 | 6614795 | ML | 1 | 0 | | F4205 |
| 4085610353 | 03/20/2007 | 21:23:24 | 000:28 | 5094377 | 5094377 | ML | 0 | 9 | | F4205 |
| 4085094377 | 03/20/2007 | 21:23:27 | 000:26 | 4085094377 | 4085094377 | LM | 0 | 0 | 4085610353 | F3206 |
| 4085610353 | 03/20/2007 | 21:27:16 | 000:41 | 6489454 | 6489454 | ML | 0 | 0 | | F3147 |
| 4086489454 | 03/20/2007 | 21:27:22 | 000:37 | 4086489454 | 4086489454 | LM | 0 | 0 | 4085610353 | F2016 |
| 4085610353 | 03/20/2007 | 21:28:01 | 000:12 | 6489454 | 6489454 | ML | 0 | 0 | | F3147 |
| 4086489454 | 03/20/2007 | 21:28:06 | 000:09 | 4086489454 | 4086489454 | LM | 0 | 0 | 4085610353 | F3147 |
| 4085610353 | 03/20/2007 | 21:32:12 | 000:30 | 4201539 | 4201539 | ML | 0 | 0 | | F3147 |
| 4085610353 | 03/20/2007 | 21:47:44 | 003:34 | 3339597 | 3339597 | ML | 0 | 0 | | F2159 |
| 4084490373 | 03/20/2007 | 21:53:51 | 001:06 | 4085610353 | 4085610353 | ML | 0 | 0 | | F4120 |
| 4085610353 | 03/20/2007 | 21:53:55 | 001:02 | 4085610353 | 4085610353 | LM | 0 | 0 | 4084490373 | F4330 |
| 4085610353 | 03/20/2007 | 21:55:13 | 000:57 | 8541518 | 8541518 | ML | 0 | 0 | | F4142 |
| 4088541518 | 03/20/2007 | 21:55:28 | 000:52 | 4088541518 | 4088541518 | LM | 0 | 0 | 4085610353 | G2174 |
| 4085610353 | 03/20/2007 | 21:57:15 | 000:47 | 6614795 | 6614795 | ML | 0 | 0 | | F4448 |
| 4086614795 | 03/20/2007 | 21:57:16 | 000:46 | 4086614795 | 4086614795 | LM | 0 | 3 | 4085610353 | F4153 |
| 4085610353 | 03/20/2007 | 22:27:30 | 000:33 | 5975156 | 5975156 | ML | 0 | 0 | | F3149 |
| 4085975156 | 03/20/2007 | 22:27:33 | 000:30 | 4085975156 | 4085975156 | LM | 0 | 0 | 4085610353 | F3147 |
| 4085610353 | 03/20/2007 | 22:28:11 | 000:00 | | | MSE | 1 | 0 | | F0000 |
| 4085610353 | 03/20/2007 | 22:28:38 | 000:05 | 3114085610353 | 4085610353 | ML | 0 | 0 | 4087949251 | F3149 |
| 4085610353 | 03/20/2007 | 22:29:02 | 000:00 | | | MSE | 1 | 0 | | F0000 |
| 4085610353 | 03/20/2007 | 22:29:02 | 000:42 | 4085610353 | 4085610353 | LM | 0 | 0 | 4087949251 | F2149 |
| 4085610353 | 03/20/2007 | 22:40:23 | 000:32 | 4087949251 | 4087949251 | ML | 0 | 0 | | F4448 |
| 4087949251 | 03/20/2007 | 22:40:28 | 000:27 | 4087949251 | 4087949251 | LM | 0 | 0 | 4085610353 | F3147 |
| 4085610353 | 03/20/2007 | 23:04:02 | 047:30 | 3339597 | 3339597 | ML | 0 | 0 | | F3147 |